HENRY G. SEIPP and Another, Appellants, v. HERBERT L. SATTERLEE and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ADOLF GOBEL, INC., and Another, Respondents, v. VONCE D. SKIPWORTH and Others, Defendants, Impleaded with HENRY A. INGRAHAM, Appellant.— Order, so far as appealed from, unanimously modified by denying the motion to modify the demand of the defendant-appellant for a bill of particulars as to items 2D, 2E, 4B, 11G, 11H, 12A, 18A, 18B, 18C, 18D, 18E, 20C, 20D, 20E, 20F, 21B, 21C, 22A and 24A, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Verified bill of particulars to be served within thirty days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE CITY OF NEW YORK, Respondent, v. CHARLES A. BUCKLEY, Appellant, Impleaded with Others, Defendants.— Order unanimously modified by granting motion to discontinue on payment by plaintiff to defendant-appellant of the statutory costs and disbursements in each of actions Nos. 3, 17, 21, 31, 33, 34 and 36, but without motion costs, and as so modified affirmed, with twenty dollars costs and disbursements of this appeal to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CHECKER CAB MANUFACTURING CORPORATION, Respondent, v. MURAL TRANSPORTATION CORPORATION, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of GAETANO GENTILE, Appellant, against SOCIETY SAN CATALDO OF THE PROVINCE OF CALTANISETTA, INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with leave to the defendant-respondent to answer the petition within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of BOROUGH HOUSING CORP. against ALMERINDO PORTFOLIO, City Treasurer, Directing the Said City Treasurer to Pay BOROUGH HOUSING CORP. the Sum of $131.29 Interest.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

KNUD ENGELSTED v. PETER M. SIVERTSEN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SYLVIA RUSH v. CURTISS-WRIGHT EXPORT CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

EDMUND VALK and Another v. REILLY TAR &. CHEMICAL CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.